# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(646) 517-0600
msteger@steger-law.com
www.steger-law.com

The request is **GRANTED.**
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
December 29, 2025

December 23, 2025

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
U.S. District Court — Southern District of New York
40 Foley Square
New York, NY 10007

Re:     ***Fullbeauty Brands, Inc. v. Charles McMurray, , et al.***
         **No. 1:25-cv-9960-VSB**

Dear Judge Broderick:

I represent Defendants Denis Reynolds and DRSR Consulting, Inc. in this matter.

I write together with counsel for Plaintiff FullBeauty Brands, Inc. and Defendant Charles McMurray to jointly request that the deadline for the defendants to respond to the complaint be continued from to January 30, 2026 pursuant to the attached stipulation. (The stipulation contains some other agreed conditions).

The original response dates were between December 23rd and January 6th, depending on the calculation of the effective date of service. This is the first request for an extension of time for the defendants to respond to the complaint. The defendants sought extra time because both counsel and clients are traveling over the holidays and because counsel need time to become familiar with the case.

Thank you for your consideration of this request.

Sincerely yours,

*Michael D. Steger*
Michael D. Steger

cc:  All counsel (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FULLBEAUTY BRANDS, INC.,

                        Plaintiff,

v.

CHARLES MCMURRAY, DENIS REYNOLDS,
and DRSR CONSULTING, INC.

                        Defendants.
------------------------------------------------------------x

Civ. No. 1:25-cv-9960-VSB

**WHEREAS,** Plaintiff commenced this action against Defendants on or about December 1, 2025; and

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that the date on which Defendants shall appear, answer or otherwise move with respect to the Summons and Complaint shall be extended to January 30, 2026; and

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that Defendants shall not raise, and have hereby waived, any defenses related to the service of process, and also agree not to respond to the Complaint with a motion to dismiss under Federal Rule of Civil Procedure 12(b)(2) asserting a lack of personal jurisdiction; and

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that, should any Defendant file a motion to dismiss in response to the Complaint, Plaintiff's time to respond to respond to any such motion shall be extended to March 6, 2026.

By: ___*/s/ Richard A. Roth*_____
      Richard A. Roth, Esq.
295 Madison Avenue, Fl. 22
New York, New York 10017
Tel:  212-542-8882
rich@rrothlaw.com
*Attorneys for Charles McMurray*

By: */s/ Miguel A. Lopez*_____
Miguel A. Lopez, Esq.
900 Third Avenue, 8th Floor
New York, New York 10022
Tel: 212.583.9600
MALopez@littler.com
   *Attorneys for Plaintiff*
   *FullBeauty Brands, Inc.*

By:___/s/ Michael D. Steger_____
Michael D. Steger
Law Offices of Michael D. Steger, PC
30 Ramland Road, Suite 201
Orangeburg, NY 10962
msteger@steger-law.com
(646) 517-0600
*Attorneys for Denis Reynolds and*
*DRSR Consulting, Inc.*

SO ORDERED:

_____
**Hon. Vernon S. Broderick**.